## MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Jaime Ortega-Urquidi,

Date: March 11, 2026
Case No. 1:25CR310
Judge: John R. Adams
Court Reporter: Caroline Mahnke
Prob Officer:   Jennifer Burke

U.S. Attorney: Jennifer King
Attorney for Defendant(s): Damian Billak
Interpreter:   Bernardita Rojas

**Sentencing:**

Defendant is committed to the custody of the Bureau of Prisons for a term of 188 months as to Counts 1 and 2 concurrent with credit for time served.

Probation ordered for a period of         years as to         with standard/special conditions.

Supervised release for a term of 8 years as to Count 1 and 3 years as to Count 2 concurrent with conditions.

Fine: N/A

Restitution: N/A.

The Defendant is to pay a special assessment of $200.00 as to Counts 1 and 2.

The defendant was advised of his appellate rights.

Forfeiture

Comments:   Defendant returned to custody.

Total Time: 1 Hr. 8 Mins.

　　　　　　　　　　　　　　　　　　　　　　　 S/Christin M. Kestner
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk